[No. 5407-8-II.   Division Two.   November 8, 1982.]

WALLACE CROUCH, ET AL, *Appellants*, v. PIERCE
COUNTY, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 287760, James P. Healy, J., entered February 6, 1981. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Petrich, A.C.J., and Petrie, J.

[No. 5255-5-II.   Division Two.   November 8, 1982.]

ERNEST CYPHERS, ET AL, *Respondents*, v. DONALD
RASMUSSEN, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 66988, Gerald B. Chamberlin, J., entered December 19, 1980. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Petrich, A.C.J., and Petrie, J.

[No. 4549-8-III.   Division Three.   November 9, 1982.]

CAI NYBY, *Respondent,* v. SUNDANCE ENGINEERING
& CONSTRUCTION, INC., *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 24744, Robert S. Day, J., entered May 5, 1981. *Affirmed* by unpublished opinion per Green, J., concurred in by Roe, A.C.J., and Munson, J.

[No. 4590-1-III.   Division Three.   November 10, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. EDWARD
L. SULLIVAN, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 81-1-00050-2, Fred R. Staples, J., entered May 15, 1981. *Affirmed* by unpublished per curiam opinion.